**FILED**

JAN 0 2 2002 2003

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES <u>ex</u> <u>rel</u>                              )
                                                            )
SAFINA OFFICE PRODUCTS                                      )      Civil Action No.:
5803 Sovereign                                             )
Suite 214                                                  )
Houston, Texas 77036                                       )
                                                            )      CASE NUMBER   1:03CV0000
                                                            )
EDWARD M. WILDER                                           )      JUDGE: Rosemary M. Collyer
5803 Sovereign                                             )
Suite 214                                                  )      DECK TYPE: General Civil
Houston, Texas 77036                                       )
                                                            )      DATE STAMP: 01/02/2003
ROBERT HSI CHOU LEE                                        )
5803 Sovereign                                             )
Suite 214                                                  )
Houston, Texas 77036                                       )
                                                            )
                                                            )
                                                            )
BRINGING THIS ACTION ON                                    )      COMPLAINT FOR
BEHALF OF THE UNITED STATES                                )      VIOLATIONS OF
OF AMERICA                                                 )      FEDERAL FALSE
c/o Roscoe C. Howard, Jr.                                  )      CLAIMS ACT
United States Attorney                                     )
555 4th Street, N.W.                                       )
Washington, D.C. 20001                                     )
                                                            )      JURY TRIAL DEMAND
        - and -                                            )
                                                            )
c/o John Ashcroft, Esquire                                 )
Attorney General of the United States                      )
Department of Justice                                      )
10th & Constitution Avenue, N.W.                           )
Washington, D.C. 20530                                     )
                                                            )
                Plaintiffs,                                )
                                                            )
                                                            )
v.                                                         )
                                                            )
OFFICE DEPOT                                               )
8870 Greenwood Place                                       )
Savage, Maryland 20763                                     )

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4800 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

1

Serve:
Registered Agent
CSC Lawyer's Incorporating
Service Co.
11 East Chase Street
Baltimore, Maryland 21202                )
                                          )
                                          )
STAPLES NATIONAL ADVANTAGE                )
45 East Wesley Street, South              )
Hackensack, New Jersey 07606              )
                                          )
Serve:                                    )
Registered Agent                          )
C.T. Corporation Systems                  )
820 Bear Tavern Road                      )
West Trenton, New Jersey 08628            )
                                          )
TOTAL BUSINESS, INC.                      )
901 West Garden Street                    )
Pensacola, Florida 32501                  )
                                          )
Serve:                                    )
Registered Agent                          )
Gerald S. Howard                          )
Vice President                            )
901 West Garden Street                    )
Pensacola, Florida 32501                  )
                                          )
BOISE CASCADE OFFICE                      )
PRODUCTS                                  )
800 West Bryn Mawr Avenue                 )
Itasca, Illinois 60143                    )
                                          )
Serve:                                    )
Registered Agent                          )
C.T. Corporation System                   )
208 South LaSalle Street                  )
Chicago, Illinois 60604-1136              )
                                          )
FUTURE SOLUTIONS, INC.                    )
9769 West 119th Drive                     )

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Suite 4                                      )
Broomfield, Colorado 80021                   )
                                             )
Serve:                                       )
Registered Agent                             )
Vanessa A.D. Navarro                         )
9769 West 119th Drive                        )
Suite 4                                      )
Broomfield, Colorado 80021                   )
                                             )
CORPORATE EXPRESS OFFICE                     )
PRODUCT, INC.                                )
45449 Severn Way                             )
Suite 155                                    )
Sterling, Virginia 20166                     )
                                             )
                                             )
                                             )
Serve:                                       )
Registered Agent                             )
Commonwealth Legal Services                  )
Corporation                                  )
4701 Cox Road, Suite 301                     )
Glen Allen, Virginia 23060                   )
                                             )
                                             )
OFFICE PRO                                   )
P.O. Box 210304                              )
620C Oliver Road                             )
Montgomery, Alabama 36121                    )
                                             )
Serve:                                       )
Registered Agent                             )
President                                    )
Office Pro                                   )
620C Oliver Road                             )
Montgomery, Alabama 36121                    )
                                             )
CADDO DESIGN & OFFICE                        )
PRODUCTS                                     )
2760 W. Fifth Avenue                         )
Denver, Colorado 80204                       )
                                             )
Serve:                                       )

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

3

Registered Agent                        )
Donald G. Kelin                         )
2760 W. Fifth Avenue                    )
Denver, Colorado 80204                  )
                                        )
KM2 INC.                                )
822 B Frederick Road                    )
Catonsville, Maryland 21228-8505        )
                                        )
Serve:                                  )
Registered Agent                        )
Dorian McCutheon                        )
President, CEO                          )
822 B Frederic Road                     )
Catonsville, Maryland 21228-8505        )
                                        )
MERCHANDISE DISTRIBUTORS                )
6365 N. Broadway                        )
Chicago, Illinois 60660                 )
                                        )
Serve:                                  )
Registered Agent                        )
Kenneth Wheaten                         )
6365 N. Broadway                        )
Chicago, Illinois 60660                 )
                                        )
              Defendants.               )

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

## **COMPLAINT**

1.     This is an action to recover damages and civil penalties on behalf of the

United States of America arising from the false claims made by Office Depot, Staples

National Advantage, Total Business, Inc., Bosie Cascade Office Products, Future

Solutions, Inc., Corporate Express, Inc., Office Pro, Caddo Design & Office Products,

KM2 Inc., and Merchandise Distributors (hereinafter defendants), in violation of the

Federal False Claims Act, 31 U.S.C. §§ 3729 et seq., as amended.

4

2.      The False Claims Act, originally enacted in 1863 during the Civil War, was

substantially amended by the False Claims Amendments Act of 1986 and signed into

law on October 17, 1986.  Congress enacted these amendments to enhance the

Government's ability to recover losses sustained as a result of fraud against the United

States and to provide a private cause of action for the protection of employees who act

in furtherance of the purposes of the Act.  Congress acted after finding that fraud in

federal programs and procurement is pervasive and that the False Claims Act, which

Congress characterized as the primary tool for combating fraud in government

contracting, was in need of modernization.

3.      The Act provides that any person who knowingly submits a false or

fraudulent claim to the Government for payment or approval is liable for a civil penalty of

up to $10,000 for each such claim, plus three times the amount of the damages

sustained by the Government, including attorneys' fees. The Act allows any person

having information regarding a false or fraudulent claim against the Government to bring

a private cause of action for himself and on behalf of the Government and to share in

any recovery.  The complaint is to be filed under seal for 60 days (without service on the

defendant during such 60-day period) to enable the Government (a) to conduct its own

investigation without the defendant's knowledge and (b) to determine whether to join the

action.

4.      Based on these provisions, Relators seek to recover damages and civil

penalties arising from defendants' presentation of false claims to the United States

Government in connection with the selling of improper products to the federal

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

government.

## **PARTIES**

5.      Relator, Edward M. Wilder, is a resident of the state of Texas. Mr. Wilder is employed by Safina Office Products as its Vice President for Business Operations.

6.      Relator, Robert Hsi Chou Lee, is a resident of the state of Texas. Mr. Lee is the President of Safina Office Products.

7.      Relator, Safina Office Products, is an office products company incorporated and located in Texas and doing business in Washington, D. C. and throughout the United States.

8.      Relators bring this action for violations of 31 U.S.C. §§3729 et seq. on behalf of themselves and the United States Government pursuant to 31 U.S.C. §3730(b)(1). Relators have knowledge of the false statements and/or claims presented by the defendants to the Federal Government as alleged herein.

9.      Defendant Office Depot, is a Florida corporation headquartered in Baltimore, Maryland and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United States.

10.      Defendant Staples National Advantage is a Delaware corporation headquartered in New Jersey and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United States.

11.      Defendant Total Business, Inc. is a Florida corporation headquartered in

.LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
. ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

6

Florida and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United States.

12.     Defendant Boise Cascade Office Products is a Delaware corporation headquartered in Chicago, Illinois and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United States.

13.     Defendant Future Solutions, Inc. is a Colorado corporation headquartered in Colorado and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United States.

14.     Defendant Corporate Express, Inc. is a Delaware corporation headquartered in Virginia and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United States.

15.     Defendant Office Pro is an Alabama corporation and is headquartered in Alabama and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United States.

16.     Defendant Caddo Design & Office Products is a Colorado corporation headquartered in Colorado and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United States.

17.     Defendant KM2, Inc. is a Maryland corporation headquartered in Maryland and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United States.

18.     Defendant Merchandise Distributors is an Illinois corporation

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

7

headquartered in Illinois and does business with the General Services Administration of the Federal Government in Washington, D.C. and throughout the United Sates.

## JURISDICTION AND VENUE

19.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and 31 U.S.C. § 3732, which specifically confers jurisdiction on this Court for actions brought pursuant to §§ 3729 and 3730 of Title, 31, United States Code.

20.    This Court has personal jurisdiction over the defendants because they transact business in the District of Columbia.

21.    Venue is proper in this district pursuant to 31 U.S.C. § 3732(a) because the defendants transact business in the District of Columbia.

## BACKGROUND

22.    The General Services Administration (GSA) is an agency of the Federal Government.

23.    GSA has created a website entitled, <u>GSA Advantage!,</u> www.gsaadvantage.gov. This website permits Federal Government employees in *Federal Government agencies throughout the United States to purchase office products* through the website for use in Federal Government offices.

24.    The defendants  have each entered into contracts with GSA in order to be a part of the GSA website. The defendants  are selling office products to various agencies of the Federal Government. Employees at various Federal Government agencies throughout the United States are currently using this website to order office

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

8

products and supplies directly from the defendants.

25.     The Buy American Act, Title 41 USC Section 10 a - d and the Trade

Agreements Act, 19 USC Section 2501 et seq provide that each end product such as

office supplies being supplied to the Federal Government, except those that have been

specifically identified, is a product that was made in the United States or made in a

country that has been specifically designated as an approved country from which end

products such as office supplies can be purchased for use by the Federal Government.

26.     The countries of China, Taiwan and Thailand are not approved countries

in accordance with the Buy American Act or the Trade Agreements Act.

27.     The Buy American Act and the Trade Agreements Act apply to the

products sold via the GSA website, www.gsaadvantage.gov.

28.     When the defendants contracted with the Federal Government to sell

their office products via the GSA website, they were required to state that the goods

which they sold were in compliance with the Buy American Act and the Trade

Agreements Act.

29.     The defendants each entered into contracts with the General Services

Administration to sell their goods via the GSA website and swore/affirmed that the goods

they were selling on the GSA website were in compliance with the Buy American Act

and the Trade Agreements Act.


**ALLEGATIONS**

30.     As of October 2002 and for sometime prior thereto, the defendants have

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

9

been selling to various agencies of the Federal Government through the GSA website, www.gsaadvantage.gov, office products which are end products from China, Taiwan and Thailand in contravention of the Buy American Act and the Trade Agreements Act.

31.     Each sell by each defendant of an office product from China, Taiwan or Thailand to employees of Federal Government agencies throughout the United States for use in Federal Government offices on the GSA website which is an end product from China, Taiwan and Thailand is a false claim in violation of the Federal False Claims Act.

32.     As of October 2002, there were more than five hundred (500) office products offered for sale by the defendants on the GSA website which were end products from China, Taiwan and Thailand.

33.     The defendant Staples National Advantage offered  fastener-round head 1 ½ BS from Taiwan, Hanger Hardwood from China, organizer supply smoke from China, pencils from China, clip paper STL #3 from Taiwan, fastener round head 2BS from Taiwan and various other office products from China, Taiwan and Thailand for sale on the GSA Website.

34.     The defendant Office Depot offered a magnetic clip dispenser-small from China, pushpins from China, gold tone paper clips from China, and other office products from China, Taiwan and Thailand for sale on the GSA Website.

35.     The defendant Caddo Design & Office Products offered 5" bookends from China, a black staple remover from China, standard #1 paper clips from Taiwan and other office products from China, Taiwan and Thailand for sale on the GSA Website.

36.     The defendant Total Business, Inc. offered 2 inch binder clips from China,

- LAW OFFICES -
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

10

report covers from China, rubberbands from Thailand and other office products from China, Taiwan and Thailand for sale on the GSA Website.

37.     The defendant Office Pro offered bookends from China, push pins from China, stampers from China and other office products from China, Taiwan and Thailand for sale on the GSA Website.

38.     The defendant Future Solutions, Inc. offered frames from China, staple removers from China, non-skid bookends from China and other office products from China, Taiwan and Thailand for sale on the GSA Website.

39.     The defendant Corporate Express, Inc. offered large and small paper clips from Taiwan, colored push pins from China, letter openers from China and other office products from China, Taiwan and Thailand for sale on the GSA Website.

40.     The defendant Boise Cascade Office Products offered filing supplies from China, desk accessories from China, moistener pencils from China and other office products from China, Taiwan and Thailand for sale on the GSA website.

41.     The defendant KM2 Inc. offered punch holes from Taiwan, pushpins from China, rubberbands from Thailand and other office products from China, Taiwan and Thailand for sale on the GSA Website.

42.     The defendant Merchandise Distributors offered files from China, refill pads from China, staplers from Taiwan and other office products from China, Taiwan and Thailand for sale on the GSA Website.

43.     The defendants knowingly offered these office products for sale to the Federal Government through the GSA Website which they knew were end products from

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

11

China, Taiwan and Thailand in contravention of the Buy American Act and the Trade Agreements Act.

44.    The defendants knowingly sold these office products to the Federal Government through the GSA Website which they knew were end products from China, Taiwan and Thailand in contravention of the Buy American Act and the Trade Agreements Act.

45.    The defendants knowingly submitted or caused to be submitted false and fraudulent contracts or false statements in support of contracts to the Federal Government in order to be permitted by GSA to sell its office products which are end products from China, Taiwan and Thailand on the GSA website.

46.    The defendants knowingly submitted or caused to be submitted false claims for payment or false statements in support of false claims for payment to the Federal Government as a result of selling its office products which are end products from China, Taiwan and Thailand on the GSA website.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

## COUNT I

*(False Claims Act 31 U.S.C. §3729(a)(1) and (a)(2))*

47.    Relators reallege and incorporate by reference the allegations made in paragraphs 1 through 46 of this Complaint.

48.    This is a claim for treble damages and forfeitures under the False Claims Act, 31 U.S.C. §§3729-32.

49.    By virtue of the acts described above, the defendants knowingly submitted,

caused to be submitted and continue to submit and to cause to be submitted false or fraudulent claims for payment and reimbursement by the United States Government through the vehicle of the GSA website, www.gsaadvantage.gov., for office products it sold which were from China, Taiwan and Thailand.

50.    By virtue of the acts described above, the defendants knowingly made, used or caused to be made or used, and continues to make or use or cause to be made or used, false statements to obtain Federal Government payment for false or fraudulent claims.

51.    The United States Government has been severely damaged as the result of defendants' fraudulent statements that its office products were not from China, Taiwan and Thailand. The United States Government has been severely damaged by the defendants' violations of the False Claims Act.

52.    As set forth in the preceding paragraphs, defendants violated 31 U.S.C. §3729 and has thereby damaged and continues to damage the United States Government by its actions in an amount to be determined at trial.

## COUNT II
*(False Claims Act, 31 U.S.C. §3729 (a)(3)*

53.    Relators reallege and incorporate by reference the allegations made in Paragraphs 1 through 52 of this Complaint.

54.    This is a claim for treble damages and for forfeitures under the False Claims Act, 31 U.S.C. §§3729-32.

55.    By virtue of the acts described above, the defendants  defrauded  the

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

13

United States by getting false or fraudulent claims allowed or paid when they sold to various Federal Government agencies through the GSA website products that were from China, Taiwan and Thailand.

56.    The United States, unaware of the falsity of the records, statements and/or claims made by defendants, and in reliance on the accuracy thereof, paid and may continue to pay for aforementioned false claims as a result of the fact that the defendants' office products from China, Taiwan and Thailand remain on the GSA website and continue to be purchased on a daily basis by Federal Government employees.

57.    By reason of these actions and payments, the United States Government has been damaged and continues to be damaged in substantial amounts.

### PRAYER

WHEREFORE, Relators pray for judgment against defendants as follows:

1.    That defendants cease and desist from violating 31 U.S.C. §3729;

2.    That this Court enter judgment against the defendants in an amount equal to three times the amount of damages the United States Government has sustained because of defendants' actions, plus a civil penalty of not less than $5,000 and not more than $10,000 for each violation of 31 U.S.C. §3729; et seq.

3.    That Relators be awarded the maximum amount allowed pursuant to §3730(d) of the False Claims Act;

4.    That Relators be awarded all costs and expenses of this action, including

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4300 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-6400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

14

attorneys' fees;

      5.      That Relators recover such other relief as the Court deems just and proper.

          Respectfully submitted,

          ASHCRAFT & GEREL

          H. Vincent McKnight, Jr.
          D.C. Bar No. 293811
          2000 L Street, N.W.
          Suite 400
          Washington, D.C. 20036
          (202) 783-6400
          ATTORNEY FOR RELATORS

Relator hereby demands trial by jury.

H. Vincent McKnight, Jr.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

15